IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01912-WYD-MJW

THE PRINCETON REVIEW, INC., a Delaware corporation,

    Plaintiff,

vs.

TEST SERVICES, INC., a Colorado corporation,

    Defendant.

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE

---

    THIS MATTER is before the Court on The Princeton Review, Inc.'s Notice of Dismissal Without Prejudice filed November 9, 2005.

    The Court, having reviewed The Princeton Review, Inc.'s Notice and the pertinent portions of the file, and being otherwise fully advised,

    ORDERS that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(a)(1)(i).

    DATED:  November 9, 2005.

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge